08CR 0195

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

MAGISTRATE JUDGE COX

FILED
MAR 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO X YES  If the answer is "Yes", list the case number and title of the earliest filed complaint:

JUDGE COAR

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO X YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information? NO X    YES
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X    YES ☐

6) What level of offense is this indictment or information?   FELONY X    MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO X   YES ☐

8) Does this indictment or information include a conspiracy count?   NO X   YES

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide . . . . . . . . . . . (II)      ☐ Income Tax Fraud . . . . . . . (II)      ☐ DAPCA Controlled Substances (III)
   ☐ Criminal Antitrust . . . . . (II)        ☐ Postal Fraud . . . . . . . . . . . (II)   ☐ Miscellaneous General Offenses(IV)
   ☐ Bank robbery . . . . . . . (II)          x Other Fraud . . . . . . . . . . (III)     ☐ Immigration Laws . . . . . (IV)
   ☐ Post Office Robbery . . . . (II)         ☐ Auto Theft . . . . . . . . . . (IV)       ☐ Liquor, Internal Revenue Laws(IV)
   ☐ Other Robbery . . . . . . . (II)         ☐ Transporting Forged Securities (III)      ☐ Food & Drug Laws . . . . . . (IV)
   ☐ Assault . . . . . . . . . (III)          ☐ Forgery . . . . . . . . . . . . . (III)   ☐ Motor Carrier Act . . . . . . (IV)
   ☐ Burglary . . . . . . . . . . . (IV)      ☐ Counterfeiting . . . . . . . . (III)      ☐ Selective Service Act . . . . (IV)
   ☐ Larceny and Theft . . . . . (IV)         ☐ Sex Offenses . . . . . . . . . . (II)     ☐ Obscene Mail . . . . . . . . (III)
   ☐ Postal Embezzlement . . . (IV)           ☐ DAPCA Marijuana . . . . . . (III)         ☐ Other Federal Statutes (III)
   ☐ Other Embezzlement . . (III)             ☐ DAPCA Narcotics . . . . . . (III)         ☐ Transfer of Probation Jurisdiction(V)

10) List the statute of each of the offenses charged in the indictment or information.
    18 U.S.C. § 1343
    18 U.S.C. § 1346

                                          _____
                                          EDWARD N. SISKEL
                                          Assistant United States Attorney