

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 08-CR-195

UNITED STATES OF AMERICA

v.

VICTOR STURMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MAR 1 3 2008

F I L E D

MAR 1 3 2008   PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| Steven R. Kohn |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Steven R. Kohn |

| FIRM |
| --- |
| KOHN & SMITH LAW OFFICES |

| STREET ADDRESS |
| --- |
| 1110 N. OLD WORLD THIRD STREET, SUITE 620 |

| CITY/STATE/ZIP |
| --- |
| MILWAUKEE, WISCONSIN  53203 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
|  | 414-273-0203 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ✓     APPOINTED COUNSEL ☐ |