## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 195-1 | **DATE** | March 18, 2008 |
| **CASE TITLE** |  | USA vs. Victor Sturman | |

**DOCKET ENTRY TEXT:**

Arraignment and Plea held on 3/18/2008. Defendant appeared with counsel and waived the reading of the indictment Defendant entered a plea of not guilty to the Indictment Government to tender Local Criminal Rule 16.1 materials by 3/25/2008. Status hearing set for April 25, 2008 at 9:30 a.m. The defendant's bond is set at $100,000.00 (own recognizance), however, one of the conditions is that the defendant shall surrender any passport to Pretrial Services - Enter order setting conditions of release. Defendant ordered released. Pursuant to 18:3161(h)(8)(A)(B), time is excluded through and including 4/25/2008 (X-T).

Docketing to mail notices.

00::5

| | | Courtroom Deputy Initials: | PAMF |
|---|---|---|---|