**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA

                                               Plaintiff,

v.                                                                       Case No.: 1:08−cr−00195
                                                                       Honorable David H. Coar

Victor Sturman

                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2008:

      MINUTE entry before the Honorable David H. Coar as to Victor Sturman: The status hearing scheduled for 7/11/2008 is stricken. Change of Plea Hearing set for 7/18/2008 at 9:00a.m. Time is ordered excluded pursuant to 18:3161(h)(8)(A). Time begins 7/10/2008. Time ends 7/18/2008. Mailed Notice. (slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.